**DLS  DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AUGUST IMAGE, LLC,

              Plaintiff(s),

-against-

PDA ENTERTAINMENT GROUP, LLC,

              Defendant(s).
---------------------------------------------------------------X

AFFIRMATION OF SERVICE
1: 24-CV-02080-GHW

       DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 22ND day of March, 2024, at approximately the time of 2:15p.m, at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS IN A CIVIL ACTION AND COMPLAINT AND NOTICE OF PRETRIAL CONFERENCE upon PDA ENTERTAINMENT GROUP LLC, in this action, by delivering to and leaving with NANCY DOUGHERTY, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service, deponent paid said Secretary of State a fee of forty dollars, that said service was made pursuant to Section 303 of the Limited Liability Company Law.

       Deponent further says that she knew the person so served as foresaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

       NANCY DOUGHERTY is a white female, approximate 60 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 120 pounds with brown hair.

       DEBORAH LaPOINTE affirms this 25TH day of March, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

*/s/ Deborah LaPointe*
DEBORAH LaPOINTE

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com