USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AUGUST IMAGE, LLC,                                        :
                                                          :
                       Plaintiff,   :
                                                          :     1:24-cv-2080-GHW
          -against-                                   :
                                                          :     <u>ORDER</u>
PDA ENTERTAINMENT GROUP, LLC                              :
                                                          :
                      Defendant.   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated March 21, 2024 Dkt. No. 8, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than June 21, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 21, 2024 order forthwith and in any event no later than June 26, 2024.

      SO ORDERED.

Dated: June 25, 2024
New York, New York

                                                   GREGORY H. WOODS
                                                 United States District Judge